# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   RUBY JONES,<br><br>            Plaintiff,<br><br>v.<br><br>(1)   CITY OF OKLAHOMA CITY, a municipal corporation, *et al.*,<br><br>            Defendants. | Case No.: 5:21-cv-00457-R |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff, RUBY JONES.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

s/ *Kymberli J. M. Heckenkemper*
Kymberli J. M. Heckenkemper, OBA # 33524
**SOLOMON SIMMONS LAW, PLLC**
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:   (918) 582-6106
Email: kheckenkemper@solomonsimmons.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Richard Mann
Thomas L. Tucker
J. Spencer Bryan
Steven J. Terrill
M. Kevin McIlwain
Damario Solomon-Simmons

                                        s/*Kymberli J. M. Heckenkemper*