IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) RUBY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-21-457-R |
| | ) | |
| (1) CITY OF OKLAHOMA CITY, | ) | |
| a municipal corporation; | ) | |
| (2) DAN BRADLEY, in his individual | ) | |
| capacity, | ) | |
| (3) RYAN STAGGS, in his individual | ) | |
| capacity, and | ) | |
| (4) JAMES RAY, in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CONSENT TO REMOVAL
OF DEFENDANT DAN BRADLEY**

Pursuant to 28 U.S.C. §1446(b), Defendant Dan Bradley, in his individual capacity, consents to the removal of this case from the District Court of Oklahoma County to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
Stacey Haws Felkner, OBA No. 14737
COLLINS, ZORN  & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
E-mail: acg@czwlaw.com
 shf@czwlaw.com

                                    ATTORNEYS FOR DEFENDANT DAN BRADLEY, in his individual capacity

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Damario Solomon-Simmons, email at: dss@solomonsimmons.com
Kymberli J. M. Heckenkemper, email at: kheckenkemper@solomonsimmons.com
SOLOMON SIMMONS LAW, PLLC
601 S. Boulder Ave., Suite 600
Tulsa, OK 74119

J. Spencer Bryan, email at: jsbryan@bryanterrill.com
Steven J. Terrill, email at: sjterrill@bryanterrill.com
BRYAN & TERRILL
3015 E. Skelly Dr., Suite 400
Tulsa, OK 74105

M. Kevin McIlwain, email at: kmcilwain@smilinglaw.com
SMILING, SMILING & BURGESS
Bradford Place, Suite 300
9175 S. Yale Avenue
Tulsa, OK 74137
*Attorneys for Plaintiff*

Richard N. Mann, email at: Richard.mann@okc.gov
Thomas L. Tucker, email at: thomasltucker@okc.gov
Assistant Municipal Counselor
City of Oklahoma City
200 N. Walker Avenue, Suite 400
Oklahoma City OK 73102
*Attorneys for Defendant City of Oklahoma City*

                                            s/ Ambre C. Gooch
                                            Ambre C. Gooch