# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUBY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV-21-457-R |
| | ) |
| 1. CITY OF OKLAHOMA CITY, a municipal corporation; | ) |
| 2. DAN BRADLEY, in his individual capacity; | ) |
| 3. RYAN STAGGS, in his individual capacity; | ) |
| 4. JAMES RAY, in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendant's (The City of Oklahoma City) motion to strike and brief in support, Doc. No. 4. In its motion, Defendant moved to strike photographs from Plaintiff Ruby Jones's ("Plaintiff") petition. Doc. No. 1-1. On June 7, 2021, Plaintiff filed an Amended Complaint that no longer included any photographs in its allegations. Doc. No. 10. Accordingly, Defendant's motion to strike is no longer applicable. Therefore, Defendant's motion to strike, Doc. No. 4, is hereby DENIED AS MOOT.

**IT IS SO ORDERED** on this 9th day of June 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE